**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEAF123, INC. (f/k/a NATROL, INC.), *et al.*, | Case No. 14-11446 (BLS) |
| Debtors.[1] | (Jointly Administered) |
| Citibank, N.A., London Branch, As Indenture Trustee, | |
| Appellant, | |
| v. | Civ. No. 15-387 (UNA) |
| Leaf123, Inc. | |
| Appellee. | |

**AGREEMENT TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 8023**

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the undersigned parties hereby agree and stipulate to the voluntary dismissal of the above-captioned appeal with prejudice.  All costs and fees due have been paid to the District Court for the District of Delaware.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Leaf123, Inc. (f/k/a Natrol, Inc.) (0780); Leaf123 Holdings, Inc. (f/k/a Natrol Holdings, Inc.) (4614); Leaf123 Products, Inc. (f/k/a Natrol Products, Inc.) (7823); Leaf123 Direct, Inc. (f/k/a Natrol Direct, Inc.) (5090); Leaf123 Acquisition Corp. (f/k/a Natrol Acquisition Corp.) (3765); Leaf123 Nutrition, Inc. (f/k/a Prolab Nutrition, Inc.) (3283); and Leaf123 Research Institute (f/k/a Medical Research Institute) (2825).  The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

Dated:  May 18, 2015


**ASHBY & GEDDES, P.A.**

/s/ Karen B. Skomorucha Owens
Karen B. Skomorucha Owens (#4759)
Aaron H. Stulman  (#5807)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
kowens@ashby-geddes.com
astulman@ashby-geddes.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Arik Preis
Rachel Ehrlich Albanese
One Bryant Park
New York, New York  10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
apreis@akingump.com
ralbanese@akingump.com

*Counsel to Appellant Citibank, N.A., London Branch, as Indenture Trustee*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Joseph Barry
Michael R. Nestor (#3526)
Joseph Barry (#4221)
Maris J. Kandestin (#5294)
Ian J. Bambrick (#5455)
Laurel D. Roglen (#5759)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to Appellee Debtors and Debtors in Possession*